```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 12773
   ANNETTE L DAVIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1631

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/06/2005 and was confirmed 06/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AT&T WIRELESS               UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP       UNSECURED          276.05         .00          27.61
ILLINOIS DEPT OF HUMAN S    UNSECURED          557.57         .00          81.56
CITY OF CHICAGO             NOTICE ONLY     NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~      UNSECURED         1786.79         .00         261.36
NATIONWIDE ACCEPTANCE       NOTICE ONLY     NOT FILED         .00            .00
OVERLAND BOND & INVESTME    NOTICE ONLY     NOT FILED         .00            .00
OVERLAND BOND & INVESTME    SPECIAL CLASS    2618.93          .00        2618.93
ECAST SETTLEMENT CORP       UNSECURED         1867.39         .00         273.15
PALISADE COLLECTION         UNSECURED         1078.50         .00         157.76
STEFANS STEFANS & STEFAN    DEBTOR ATTY      2,200.00                    2,200.00
TOM VAUGHN                  TRUSTEE                                        305.91
DEBTOR REFUND               REFUND                                          13.72

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,940.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                      3,420.37
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             305.91
DEBTOR REFUND                                     13.72
                        ---------------   ---------------
TOTALS                   5,940.00              5,940.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 12773 ANNETTE L DAVIS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE